**LEW BRANDON, JR., ESQ.**
Nevada Bar No.: 5880
**JEFFREY J. ORR, ESQ.**
Nevada Bar No.: 7854
**HOMERO GONZALEZ, ESQ.**
Nevada Bar No.: 15231
**BRANDON | SMERBER LAW FIRM**
139 East Warm Springs
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964 – *facsimile*
*l.brandon@bsnv.law*
*j.orr@bsnv.law*
*h.gonzalez@bsnv.law*
*Attorneys for Defendant,*
*99 CENTS ONLY STORES LLC*

139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T: 702.380.0007 | F: 702.380.2964

BRANDON | SMERBER
LAW FIRM

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SILVIA GUERRERO-RAMIREZ, individually, | |
| Plaintiff, | CASE NO.: |
| v. | |
| 99 CENTS ONLY STORES LLC; and DOES 1-10; and DOE EMPLOYEES 11-20; and ROE BUSINESS ENTITIES 21-30, | |
| Defendants. | |

### <u>DEFENDANT, 99 CENTS STORE ONLY, LLC' S NOTICE OF REMOVAL OF ACTION TO UNITED STATES DISTRICT COURT UNDER 28 USC § 1441(a)</u>

Defendant, 99 CENTS ONLY STORES LLC, by its undersigned attorney, LEW BRANDON, JR., ESQ., JEFFREY J. ORR, ESQ., and HOMERO GONZALEZ, ESQ., of BRANDON | SMERBER LAW FIRM, hereby removes the above-captioned case to the United States District Court, Clark County, Nevada, where the action is now pending, pursuant to 28 USC § 1441(a) and states as follows:

BRANDON | SMERBER
LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T: 702.380.0007 | F: 702.380.2964

1.      The above-entitled action was commenced in the Eighth Judicial District Court, Clark County, State of Nevada on August 24, 2022, bearing Case No. A-22-857398-C. The action is now pending in the Eighth Judicial District Court, Clark County, State of Nevada.

2.      Plaintiff filed her initial complaint on or about August 24, 2022. Plaintiff's Complaint fails to state that this case is one which is or has become removable. *See* Harris v. Bankers Life & Cas. Co., 425 F.3d 689 (9th Cir. 2005). Defendant, 99 Cents Only Stores, LLC. filed an Answer to the initial complaint on September 26, 2022.

3.      Plaintiff filed a Request for Exemption from Arbitration on September 27, 2022, citing past medical special damages in excess of $184,476.16.   This was Defendant's first indication of this case involving an amount in controversy in excess of $75,000.00.

4.      This Notice of Removal was filed timely as it was filed within thirty (30) days of service of Plaintiff's September 27, 2022, Request for Exemption from Arbitration, LLC, which was the first motion, order or other paper from which it could first be ascertained that this case is one which is or has become removable. *See* 28 U.S.C. 1446(b); Harris, 425 F.3d 689.

5.      Pursuant to Fed. R. Civ. P. 6 (a), the last day of the thirty (30) day period set forth under 28 U.S.C. 1446(b) is October 27, 2022. *See* 28 U.S.C. 1446(b), Harris v. Bankers Life & Cas. Co., 425 F.3d 689 (9th Cir. 2005).

6.      This action concerns Plaintiff's Complaint, in which she alleged three causes of action:  (1) Negligence/Premises Liability; and (2) Negligent Hiring, Supervision, and Failure to Warn.

7.      At the commencement of this action and at the time of the filing of this Notice of Removal, Plaintiff, SILVIA GUERRERO-RAMIREZ was, and now is, a citizen of the County of Clark, State of Nevada.

8.    At the commencement of this action and at all times herein, Defendant, 99 CENTS ONLY STORES, LLC, was, and now is, a limited liability company duly organized and existing under the laws of the County of Los Angeles, State of California with its principal place of business in California, and therefore, is a citizen of the State of California.

9.    A limited liability company is a citizen of every state in which its members are citizens. *Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). Where removal from state to federal court is at issue, the party seeking removal "bears the burden of establishing federal jurisdiction . . . ." *Naffe v. Frey*, 789 F.3d 1030, 1040 (9th Cir. 2015).

10.    Here, 99 CENTS ONLY STORES, LLC.' sole member is NUMBER HOLDINGS, INC., a Delaware Corporation. NUMBER HOLDINGS, INC. is organized under the laws of the State of Delaware with its principal place of business in Los Angeles County, California. In short, Defendant 99 CENTS ONLY STORES, LLC is an entity that has its principal place of business in Los Angeles County, California, and NUMBER HOLDINGS, INC., is organized under the laws of the State of Delaware with its principal place of business in Los Angeles County, California. . *Id.* Thus, for purposes of diversity analysis, 99 CENTS ONLY STORES, LLC and NUMBER HOLDINGS, INC., are citizens of California and Delaware.

11.    Upon information and belief, Plaintiff's past medical special damages are one hundred eighty-four thousand, four hundred seventy-six dollars & 16/100 ($184,476.16) with an undetermined amount of other damages. As a result, the amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000.00).

12.    The United States District Court for the District of Nevada has original jurisdiction pursuant to 28 U.S.C. § 1332 in that the parties are citizens of different States and the amount in controversy exceeds the sum or value of Seventy-Five Thousand Dollars ($75,000.00) exclusive of interests and costs.

13.     Accordingly, Plaintiff's Complaint is removed pursuant to 28 U.S.C. 1441, which provides that a defendant may remove a case over which the federal court has original jurisdiction.

14.     A copy of all process and pleadings served upon the are attached hereto as ***Exhibit A***.

WHEREFORE, Defendant, 99 CENTS ONLY STORES LLC, a California limited liability company respectfully requests that this action proceed in the United States District Court for the District of Nevada as an action properly removed to it under the diversity of citizenship statute.

DATED this 5th day of October 2022.

**BRANDON | SMERBER LAW FIRM**

*/s/ Lew Brandon, Jr., Esq.*
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**JEFFREY J. ORR, ESQ.**
Nevada Bar No.: 7854
**HOMERO GONZALEZ, ESQ.**
Nevada Bar No.: 15231
139 East Warm Springs Road
Las Vegas, Nevada 89119
*Attorneys for Defendant,*
*99 CENTS ONLY STORES LLC*

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I hereby certify that on October 5, 2022, I served the foregoing

**DEFENDANT, 99 CENTS STORE ONLY, LLC' S NOTICE OF REMOVAL OF ACTION**

**TO UNITED STATES DISTRICT COURT UNDER 28 USC § 1441(a)** via the Court's

electronic filing and service systems to all parties on the current service list.

**JASON W. BARRUS, ESQ.**
Nevada Bar No. 9344
**ERIK A. BROMSON, ESQ.**
Nevada Bar No. 9986
**LAW OFFICE OF JASON W. BARRUS**
1601 E. Charleston Blvd.
Las Vegas, Nevada 89104
(702) 550-6500
Facsimile: (702) 550-6501
*jason@jasonbarruslaw.com*
*erik@jasonbarruslaw.com*
*Attorneys for Plaintiff,*
*SILIVA GUERRERO-RAMIREZ*

*/s/ Maybelline Valle*
An Employee of BRANDON | SMERBER LAW FIRM

BRANDON | SMERBER
LAW FIRM

139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964