SAO
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**JEFFREY J. ORR, ESQ.**
Nevada Bar No. 7854
**BRANDON | SMERBER LAW FIRM**
139 East Warm Springs Road
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964 – *facsimile*
l.brandon@bsnv.law
j.orr@bsnv.law
*Attorneys for Defendant,*
*99 CENTS ONLY STORES LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SILVIA GUERRERO-RAMIREZ, individually, <br><br> Plaintiff, <br><br> v. <br><br> 99 CENTS ONLY STORES LLC; and DOES 1-10; and DOE EMPLOYEES 11-20; and ROE BUSINESS ENTITIES 21-30, <br><br> Defendants. | CASE NO.: 2:22-cv-01688-GMN-VCF <br><br> **SUBMITTED IN COMPLIANCE WITH LR 26-3** |

### STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES (SECOND REQUEST)

IT IS HEREBY STIPULATED AND AGREED TO by Defendant, 99 CENTS ONLY STORES, LLC, by and through its undersigned attorneys, LEW BRANDON, JR., ESQ., and JEFFREY J. ORR, ESQ., of BRANDON | SMERBER LAW FIRM, and Plaintiff, SILVIA GUERREO-RAMIREZ, by and through her attorneys, JASON W. BARUS, ESQ. and ERIK A. BROMSON, ESQ. of LAW OFFICE OF JASON W. BARRUS, that the discovery deadlines shall be extended pursuant to LR 26-3.

**I.    Discovery Conducted to Date (LR 26-4(a)):**

The parties have prepared their initial early case conference lists of witnesses and documents. Written discovery has been propounded by both parties. Both parties have responded to discovery requests. Plaintiff has provided medical authorizations to the Defendant in order to obtain copies of medical records. Plaintiff's deposition is complete. The parties have disclosed experts.

**II.    Discovery to Be Conducted (LR 26-4(b)):**

1. Expert depositions;
2. Medical provider depositions.

**III.   The Reasons the Above Discovery Cannot Be Done Within The Existing Discovery Time Limits (LR 26-4(c)):**

The parties need additional time to complete the expert depositions due to the availability of the experts..

**IV.   Current Discovery Deadlines**

1. Amend Pleadings/Add Parties:     Closed.
2. Disclosure of Experts:           Closed.
3. Disclosure of Rebuttal Experts:  Closed.
4. Discovery Cut-Off:               October 9, 2023;
5. Dispositive Motions deadline:    November 7, 2023: and
6. Joint Pre-Trial order            December 7, 2023.

**V.    Proposed Schedule For Completing All Remaining Discovery (LR 26-4(d)):**

The parties propose the following extended dates:

1. Amend Pleadings/Add Parties:     Closed.
2. Disclosure of Experts:           Closed
3. Disclosure of Rebuttal Experts:  Closed
4. Discovery Cut-Off:               November 17, 2023;
5. Dispositive Motions deadline:    December 18, 2023; and
6. Joint Pre-Trial order            January 18, 2024

DATED this 18th day of September 2023.

**LAW OFFICE OF JASON W. BARRUS**

/s/ Erik Bromson, Esq.
**JASON W. BARRUS, ESQ.**
Nevada Bar No. 12697
**ERIK A. BROMSON, ESQ.**
Nevada Bar No. 9986
1601 E. Charleston Blvd.
Las Vegas, Nevada 89104
*Attorneys for Plaintiff,*
*SILVIA GUERREO-RAMIREZ*

DATED this 18th day of September 2023.

**BRANDON | SMERBER LAW FIRM**

/s/ Jeffrey J. Orr, Esq.
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**JEFFREY J. ORR, ESQ.**
Nevada Bar No. 7854
139 East Warm Springs Road
Las Vegas, Nevada 89119
*Attorneys for Defendant,*
*99 CENTS ONLY STORES LLC*

<u>SILVIA GUERRERO-RAMIREZ v. 99 CENTS ONLY STORES LLC</u>
<u>CASE NO. 2:22-cv-01688-GMN-VCF</u>

### ORDER

**IT IS HEREBY ORDERED** that the scheduling order be amended as follows:

1. Amend Pleadings/Add Parties:          Closed.
2. Disclosure of Experts:                Closed.
3. Disclosure of Rebuttal Experts:       Closed.
4. Discovery Cut-Off:                    November 17, 2023;
5. Dispositive Motions deadline:         December 18, 2023; and
6. Joint Pre-Trial order                 January 18, 2024.

### ORDER

If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.

**IT IS SO ORDERED.**

Dated this <u>25th</u> day of <u>September</u>, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

*Respectfully Submitted:*
**BRANDON | SMERBER LAW FIRM**

*/s/ Jeffrey J. Orr, Esq.*
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**JEFFREY J. ORR, ESQ.**
Nevada Bar No. 7854
139 East Warm Springs Road
Las Vegas, Nevada 89119
*Attorneys for Defendant,*
*99 CENTS ONLY STORES LLC*

**Meghan Allen**

| | |
|---|---|
| **From:** | Erik Bromson <erik@jasonbarruslaw.com> |
| **Sent:** | Monday, September 18, 2023 12:19 PM |
| **To:** | Jimmy Do |
| **Cc:** | Jeffrey Orr; Meghan Allen |
| **Subject:** | RE: Silva Guerrero-Ramirez v 99 Cents Only Store |

Counsel,

You may affix my e- signature on the SAO to Extend Discovery Date.

## *Erik A. Bromson, Esq.*

*Licensed in Nevada (#9986) and Texas (#24127465)*

**Law Office of Jason W. Barrus**
1601 E. Charleston Blvd
Las Vegas, NV 89104
702-550-6500 | **Office**
702-550-6501 | **Fax**
www.jasonbarruslaw.com



The information contained in the electronic message is legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify the Law Office of Jason W. Barrus at (702) 550-6500 and permanently delete the communication immediately without making any copy or distribution.

**From:** Jimmy Do <j.do@bsnv.law>
**Sent:** Thursday, September 14, 2023 4:17 PM
**To:** Erik Bromson <erik@jasonbarruslaw.com>
**Cc:** Jeffrey Orr <j.orr@bsnv.law>; Meghan Allen <M.Allen@bsnv.law>
**Subject:** Silva Guerrero-Ramirez v 99 Cents Only Store

Hi Erik,
I have attached the stip and order to move the discovery date. Please review over the document and let us know if there are anything we need to correct or if you approve the document.

Best Regards,
Jimmy Do
Paralegal
**BRANDON | SMERBER LAW FIRM**
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
TEL. 702-849-0878
FAX. 702-380-2964