# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Silvia Guerrero-Ramirez, <br><br>        Plaintiff(s), <br><br> vs. <br><br> 99 Cents Only Stores, LLC, <br><br>        Defendant(s). | 2:22-cv-01688-GMN-MDC <br><br> **Order** |

The Court has reviewed Defendants' *Motion to Vacate the Settlement Conference* (ECF No. 23) and the parties' subsequent *Joint Status Report* (ECF No. 24), which states that the parties resolved the action on March 5, 2024. Given the parties' representation regarding settlement, the Court VACATES the June 4, 2024, Settlement Conference. Defendants' Motion (ECF No. 23) is DENIED as MOOT.

Accordingly,

**IT IS ORDERED that:**

1. The Order setting the Settlement Conference (ECF No. 22) is VACATED.

2. Defendant's *Moton to Vacate* the Mandatory Settlement Conference (ECF No. 23) is DENIED as MOOT.

DATED this 11th day of March 2024.

IT IS SO ORDERED.

_____
Maximiliano D. Couvillier III
United States Magistrate Judge