SODW
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**JEFFREY J ORR, ESQ.**
Nevada Bar No. 7854
**JUSTIN PASQUALE, ESQ.**
Nevada Bar No. 15079
**BRANDON | SMERBER LAW FIRM**
139 E. Warm Springs Road
Las Vegas, Nevada 89119
(702) 380-0007 (702) 380-2964 – *facsimile*
l.brandon@bsnv.law
j.orr@bsnv.law
j.pasquale@bsnvlaw.com
*Attorneys for Defendant,*
*99 CENTS ONLY STORES, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SILVIA GUERRERO-RAMIREZ, individually,<br><br>    Plaintiff,<br><br>vs.<br><br>99 CENTS ONLY STORES, LLC; and DOES 1-10; and DOE EMPLOYEES 11-20; and ROE BUSINESS ENTITIES 21-30,<br><br>    Defendants. | CASE NO.: 2:22-cv-01688-GMN-MDC |

**STIPULATION AND ORDER TO DISMISS DEFENDANT 99 CENTS ONLY STORES, LLC, WITH PREJUDICE LEAVING NO REMAINING PARTIES**

IT IS HEREBY STIPULATED AND AGREED TO by LEW BRANDON, JR., ESQ., JEFFREY ORR, ESQ., and JUSTIN PASQUALE, ESQ., of BRANDON | SMERBER LAW FIRM, on behalf of Defendant, 99 CENTS ONLY STORES, LLC, and Plaintiff, SILVIA GUERRERO-RAMIREZ, by and through JASON W. BARRUS, ESQ., and ERIK A. BROMSON of LAW OFFICE OF JASON W. BARRUS as follows:

///

*Silvia Guerrero-Ramirez v. 99 Cents Only Stores, LLC*
*Case No.: 2:22-cv-01688-GMN-MDC*

That Defendant, 99 CENTS ONLY STORES, LLC, be dismissed, with prejudice from the above-entitled matter, leaving no remaining parties. Each party to bear their own fees and costs.

DATED this 18th day of March, 2024.           DATED this 27th day of March, 2024.

**BRANDON | SMERBER LAW FIRM**           **LAW OFFICE OF JASON W. BARRUS**

*/s/ Lew Brandon, Jr., Esq.*

**LEW BRANDON, JR., ESQ.**           **JASON W. BARRUS, ESQ.**
Nevada Bar No. 5880                    Nevada Bar No. 9344
**JEFFREY J ORR, ESQ.**               **ERIK A. BROMSON, ESQ.**
Nevada Bar No. 7854                    Nevada Bar No. 9986
**JUSTIN PASQUALE, ESQ.**             1601 E. Charleston Blvd.
Nevada Bar No. 15079                   Las Vegas, Nevada 89104
139 E. Warm Springs Road               *Attorneys for Plaintiff,*
Las Vegas, Nevada 89119                *SILVA GUERRERO-RAMIREZ*
*Attorneys for Defendant,*
*99 CENTS ONLY STORES, LLC*

*Silvia Guerrero-Ramirez v. 99 Cents Only Stores, LLC*
*Case No.: 2:22-CV-01688-GMN-MDC*

**IT IS SO ORDERED** that Defendant, 99 CENTS ONLY STORES, LLC, be dismissed, with prejudice from the above-entitled matter, leaving no remaining parties. Each party to bear their own fees and costs.

DATED this 27 day of March, 2024.

_____
DISTRICT COURT JUDGE

*Respectfully submitted by:*

**BRANDON | SMERBER LAW FIRM**

*/s/ Lew Brandon, Jr., Esq.*
_____
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**JEFFREY J ORR, ESQ.**
Nevada Bar No. 7854
**JUSTIN PASQUALE, ESQ.**
Nevada Bar No. 15079
139 E. Warm Springs Road
Las Vegas, Nevada 89119
*Attorneys for Defendant,*
*99 CENTS ONLY STORES, LLC*